UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAHAR ZAVAREH, | Case No. 2:12-cv-02033-APG-PAL |
| Plaintiff, | |
| v. | **ORDER REMANDING CASE** |
| STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION o.b.o. UNIVERSITY OF NEVADA, LAS VEGAS, et al., | |
| Defendants. | |

On October 17, 2013 the Court entered its "Order Dismissing Federal Law Claims." (Dkt. No. 20.) In that order, the Court granted Zavareh 14 days to amend the pleadings to state a claim for relief under federal law. If she did not so amend, the Court stated that it would remand this case to the Nevada state court. As Zavareh did not file an amended complaint before the expiration of that 14-day period on October 31, the Court declines to exercise supplemental jurisdiction over the remaining state law claims. Thus, the Court hereby remands this case to the Eighth Judicial District Court for the State of Nevada. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350–51 (1988).

DATED this 4th day of November, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE